IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LMMC, LLC, and LMMC HOLDINGS, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> GABRIEL M. SULLIVAN, MONI SULLIVAN, DR. DARIN JACKSON, LIMITLESS OPTIONS, LLC, and INFINITE OPTIONS, LLC, <br><br> Defendants. | 8:19CV560 <br><br> **ORDER** |

Attorney Michael Mullen has moved to withdraw as counsel for Defendants Infinite Options, LLC ("Infinite"), Limitless Options, LLC ("Limitless"), Gabriel Sullivan, and Moni Sullivan. ([Filing No. 26](#).)

Defendants Infinite and Limitless cannot litigate in this forum without representation by licensed counsel. See [Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 202 (1993)](#) ("[A] corporation may appear in the federal courts only through licensed counsel."). Failure to obtain substitute counsel may result in the entry of a default judgment. See [Ackra Direct Mktg. Corp. v. Fingerhut Corp., 86 F.3d 852, 857 (8th Cir. 1996)](#) (stating that a corporation was technically in default as of the date its counsel was permitted to withdraw from the case without substitute counsel appearing).

Therefore, the Court will deny Mr. Mullen's request to withdraw ([Filing No. 26](#)) at this time and give Infinite and Limitless until **March 23, 2020** to obtain new counsel. Mr. Mullen may renew his request to withdraw on said date. Mr. Mullen shall provide a copy of this Order to

Defendants and file a certificate of service stating where and to whom the Order was sent. Defendants' deadline to file a responsive pleading is extended to **April 6, 2020**.

**IT IS SO ORDERED.**

Dated this 21st day of February, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge