IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LMMC, LLC, and LMMC HOLDINGS, LLC,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>GABRIEL M. SULLIVAN, MONI SULLIVAN, DR. DARIN JACKSON, LIMITLESS OPTIONS, LLC, and INFINITE OPTIONS, LLC,<br><br>　　　　　Defendants. | 8:19CV560<br><br>**FIFTH AMENDED FINAL PROGRESSION ORDER** |

After conferring with the parties, and hearing argument on the pending motions,

IT IS ORDERED:

1) Plaintiff's motion for entry of a second amended protective order (Filing No. 226) is denied for the reasons stated on the record.

2) Plaintiff shall disclose documents as previously ordered by the Court by the close of business on December 20, 2024.

3) The parties' joint motion to extend (Filing No. 235) is granted as follows:

    a. The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45 is now February 28, 2025.

    b. The deadline for filing motions to dismiss and motions for summary judgment is now March 31, 2025.

    c. All other deadlines and hearings, including the jury trial and pretrial conference set in Filing No. 225 remain unchanged.

    d. No further extensions of case progression deadlines will be granted absent a substantial showing of good cause.

Dated this 17th day of December, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Ryan C. Carson
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge