IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LMMC, LLC, and LMMC HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>GABRIEL M. SULLIVAN, MONI SULLIVAN, DR. DARIN JACKSON, LIMITLESS OPTIONS, LLC, and INFINITE OPTIONS, LLC,<br><br>Defendants,<br><br>vs.<br><br>DANIEL P. MALLOY, JR.,<br><br>Third-Party Defendant. | 8:19CV560<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Stipulations Motion to Dismiss with Prejudice (Filing Nos. 245 and 252). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case, and all claims and counterclaims within, be dismissed with prejudice, with each party to pay their own costs and attorneys' fees.

Dated this 19th day of March, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge